## United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Ana L. Vargas**                                                                 Case No.  **18-12011/jkf**

                                    Debtor(s)                                             Chapter  **13**

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2018 a copy of the Amended Chapter 13 Plan was served electronically or by regular United States mail to he Trustee and all creditors listed below.

Electronic Mail:        Rebecca Ann Solarz
                        on behalf of U.S. Bank N.A.

                        William Miller, Trustee
                        on behalf of Frederick Reigle

                        Polly Langdon, Trustee

                        U.S. Trustee

Regular Mail:           City of Philadelphia
                        Law Dept. Tax Unit
                        1401 JFK Blvd. 5th Floor
                        Philadelphia, PA 19102-1595

                        Ana L. Vargas
                        963 Allengrove St.
                        Philadelphia, PA  19124


                        **/s/ Bradly E. Allen, Esquire**

                        **Bradly E. Allen**
                        **7711 Castor Avenue**
                        **Philadelphia, PA 19152**
                        **215-725-4242Fax:215-725-8288**
                        **bealaw@verizon.net**