# United States Bankruptcy Court
## Eastern District of Pennsylvania

In re  **Ana L. Vargas**                                                                        Case No.  **18-12011/jkf**

                                   Debtor(s)                                                     Chapter  **13**

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2018 a copy of the Amended Schedule J was served electronically or by regular United States mail to he Trustee and all creditors listed below.

   Electronic Mail:

   William Miller, Trustee
   on behalf of Frederick Reigle

   Polly Langdon, Trustee

   U.S. Trustee

   Regular Mail:

   Ana L. Vargas
   963 Allengrove St.
   Philadelphia, PA  19124

/s/ Bradly E. Allen, Esquire

**Bradly E. Allen**
**7711 Castor Avenue**
**Philadelphia, PA 19152**
**215-725-4242Fax:215-725-8288**
**bealaw@verizon.net**