# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Ana L. Vargas**                                                                 Case No.   **18-12011/jkf**
                                 Debtor(s)                                               Chapter    **13**

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2019 a copy of the Notice of Application for Compensation was served electronically or by regular United States mail to he Trustee and all creditors listed below.

　　Electronic Mail:

　　　　　　　Scott Waterman, Chapter 13 Trustee

　　　　　　　William Miller, Trustee
　　　　　　　on behalf of Frederick Reigle

　　　　　　　Polly Langdon, Trustee

　　　　　　　Rebecca Ann Solarz, on behalf of US Bank, N.A.

　　　　　　　U.S. Trustee

　　Regular Mail:

　　　　　　　Ana L. Vargas
　　　　　　　963 Allengrove St.
　　　　　　　Philadelphia, PA  19124

　　　　　　　City of Philadelphia
　　　　　　　Law Dept. Tax Unit
　　　　　　　1401 JFK Blvd.
　　　　　　　Philadelphia, PA 19102


　　　　　　　**/s/ Bradly E. Allen, Esquire**

　　　　　　　**Bradly E. Allen**
　　　　　　　**7711 Castor Avenue**
　　　　　　　**Philadelphia, PA 19152**
　　　　　　　**215-725-4242Fax:215-725-8288**
　　　　　　　**bealaw@verizon.net**